

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2017

No. 04-15-00596-CR

Isidro Espinosa **SOLIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Counsel has requested court reporter Erminia Uviedo to prepare a record of the voir dire proceedings and has requested a thirty-day extension of time to file appellant's brief.

We **grant** the motion. We **order** Erminia Uviedo to file the reporter's record of the voir dire proceedings by **March 20, 2017**. We grant appellant's motion for extension of time and **order** appellant's brief due **April 10, 2017**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court